ACCEPTED
01-15-00171-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 4:47:53 PM
CHRISTOPHER PRINI
CLERK

### NO. 01-15-00171-CV
### NO. 01-15-00172-CV

| | | |
|---|---|---|
| IN RE | § | IN THE DISTRICT COURT |
| | § | OF APPEALS |
| | § | |
| MELISSA A. PULSIPHER | § | FIRST DISTRICT |
| | § | |
| | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 4:47:53 PM
CHRISTOPHER A. PRINE
Clerk

### CAUSE NO. 13CP0049

| | | |
|---|---|---|
| | § | IN THE DISTRICT COURT |
| | § | |
| IN THE INTERESRT OF | § | OF GALVESTON COUNTY, |
| | § | TEXAS |
| | § | |
| J.R. AND A. G. | § | 306TH JUDICIAL DISTRICT |
| | § | |

### CAUSE NO. 15CP0007

| | | |
|---|---|---|
| | § | IN THE DISTRCT COURT |
| | § | |
| IN THE INTEREST OF A.L.G. | § | OF GALVESTON COUNTY, |
| AND J.O., CHILDREN | § | TEXAS |
| | § | |
| | § | 306TH JUDICIAL DISTRICT |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

COMES NOW, the Texas Department of Family and Protective Services, and files this it's notice of appearance and designation of counsel for proceedings before this Honorable Court.

Barry C. Willey
SBN 00788670
Galveston County Legal Department
722 Moody, 5th Floor
Galveston, Texas 77550
(barry.willey@co.galveston.tx.us)
(409) 770-5562
(409) 770-5560 (Fax)

Respectfully submitted,

/s/ Barry C. Willey
BARRY C. WILLEY
SBN 00788670
Galveston County Legal Department
722 Moody, 5th Floor
Galveston, Texas 77550
(barry.willey@co.galveston.tx.us)
(409) 770-5562
(409) 770-5560 (Fax)
Counsel for Texas Department of Family
and Protective Services

## CERTIFICATE OF SERVICE

In accordance with TRAP Rule 9.5, I certify that a true and correct copy of the foregoing has been sent to all known counsel of record via E-File and/or email.

Greg A. Hughes
Attorney for Relator
217-B. East Parkwood Avenue
Friendswood, Texas 77546

Brenda Dushane
Law Office of Brenda Dushane
1506 Winding Way, Ste. 209
Friendswood, Texas 77546

Douglas Gondinch
Law Office of Douglas T. Godinich
2127 Broadway
Galveston, Texas 77550

Shauna Correia
Shauna Berardinelli Correia, Attorney At Law
1700 F. M. 517 Rd. E., Ste. B
Dickinson, Texas 77539

Elizabeth Gunn
The Law Office of M. Elizabeth Foley
P.O. Box 17224
Galveston, Texas 77552

Jeanice J. Dawes
Dept. of Family & Protective Services
600 59th St, Ste. 1001
P.O. Box 17254
Galveston, Texas 77551-7254

On this the 11th day of March, 2015.

/s/ Barry  C. Willey
BARRY C. WILLEY